# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

DOLORES WOJTASZEK,

                                                         CIVIL NO. 1:21-cv-00713-TSB

    Plaintiff,

    v.

INDIANA MICHIGAN POWER COMPANY,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The within action having been fully compromised and settled by and between the parties, Plaintiff's Complaint and all pending Motions may be and are hereby DISMISSED, with prejudice, each party to bear its own costs and attorneys fees.

                                        Respectfully submitted,

                                        **s/ Sean O'Bryan (with consent 1/19/23) .**
                                        Kirk E. Karamanian
                                        Dennis O'Bryan
                                        Sean O'Bryan
                                        O'Bryan Baun Cohen Kuebler
                                        401 S Old Woodward, Suite 463
                                        Birmingham, MI 48009
                                        kkaramanian@obryanlaw.net
                                        dob@obryanlaw.net
                                        sobryan@obryanlaw.net
                                        *Attorneys for Plaintiff*

  **s/ Megan A. Sullivan**  .
Todd M. Powers (OH #0027122)
Megan Ahrens Sullivan (OH #0076355)
Schroeder Maundrell Barbiere & Powers
5300 Socialville-Foster Rd., Suite 200
Mason, OH 45040
(513) 583-4200 Tel.
(513) 583-4203 Fax
tpowers@smbplaw.com
mahrens@smbplaw.com
***Attorneys for Defendant***